

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2019

No. 04-18-00907-CV

Aundria **HINOJOSA** and Florencio Hinojosa, V Individually as Wrongful Death Beneficiaries of Florence Hinojosa, VI, deceased and on behalf of the Estate of Florencio Hinojosa, VI, deceased,
Appellants

v.

Sophia Anita **KOEN**, M.D.; Sophia A. Koen, M.D., P.A.; and Christus Spohn Health System Corporation d/b/a Christus Spohn Hospital Alice,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-07-54935-CV
Honorable Richard C. Terrell, Judge Presiding

### O R D E R

Appellant's brief was due on February 22, 2019. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court